UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOSE CERTAIN UNDERWRITERS
AT LLOYD'S, LONDON, individually and
severally subscribing to policy number
A0364/15000

        Plaintiff,

v.                                                                 Case No:  2:15-cv-669-FtM-38CM

GONE COUNTRY MOTOR
SPORTS, INC., TIMOTHY LLOYD,
SCOTT KIRK, MARLAYNA GOMEZ
and JARED O'KEEFE,

        Defendants.
_____/

## ORDER[1]

      This matter comes before the Court on Plaintiff Those Certain Underwriters at Lloyd's London, individually and severally subscribing to policy number A0364/15000, and Defendant Jared O'Keefe, through his next friend, Dawn O'Keefe's Situation for Entry of an Order of Abatement (Doc. #50) filed on February 16, 2016.  As due notice has been given and this Court being fully advised in the premises, the Court will grant the parties' joint request for an order of abatement.

      Accordingly, it is now

      **ORDERED and ADJUDGED** as follows:

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

1. Pursuant to Plaintiff and Defendant O'Keefe's Stipulation (Doc. #50) filed with this Court and is incorporated herein, Defendant O'Keefe has agreed to be bound by the final judgment in this action for declaratory judgment and/or reformation.

2. This case shall be **ABATED** with respect to claims between Plaintiff and Defendant O'Keefe only.

3. Neither Plaintiff nor Defendant O'Keefe shall be required to file further pleadings or participate in discovery through the conclusion of this case as between themselves only.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of February, 2016.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record