## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA (Ft. Myers)

| | |
|---|---|
| Those Certain Underwriters at Lloyd's, London | Civil No. 2:15cv00669 PAM/CM |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Gone Country Motor Sports, Inc., et al., | |
| Defendants. | |

_____

The court having been advised that the above case has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:   December 23, 2016

*s/ Paul A. Magnuson*
PAUL A. MAGNUSON
United States District Judge